JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

 

| | |
|---|---|
| OOCL (USA) INC., | |
| Plaintiff, | 14 Civ.  |
| -against- | COMPLAINT |
| UNITED CARGO SYSTEMS, INC. and UNITED CUSTOMS SERVICES INC. | |
| Defendants. | |

Plaintiff OOCL (USA) INC., by its undersigned attorneys, as and for its complaint against defendants UNITED CARGO SYSTEMS, INC. and UNITED CUSTOMS SERVICES INC. alleges as follows:

 1. This is a case of admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Jurisdiction is based upon 28 U.S.C. § 1333, as well as the Court's pendent, supplementary and ancillary jurisdiction.

 2. Venue is proper in this judicial district as a substantial part of the events or omissions giving rise to the claim occurred herein.

 3. Plaintiff OOCL (USA) INC. is a corporation incorporated under the laws of the State of New York with a principal place of business at 88 Pine Street, New York, New York.

 4. Plaintiff is, and at all relevant times was, the agent of Orient Overseas Container Line Ltd.

 5. Upon information and belief, defendant UNITED CARGO SYSTEMS, INC. ("UCS-1") is, and at all relevant times was, a corporation organized and existing under the laws of the State of New York, with its principal place of business at 110 Jericho Turnpike, Suite 201, Floral Park, New York.

6.      Upon information and belief, UCS-1 is, and at all relevant times was, in the business of arranging the international transport of freight on behalf of, and providing related services to, its principals, agents and customers.

7.      Upon information and belief, defendant UNITED CUSTOMS SERVICES INC. ("UCS-2") is, and at all relevant times was, a corporation organized and existing under the laws of the State of New York, with its principal place of business at 110 Jericho Turnpike, Suite 201, Floral Park, New York.

8.      Upon information and belief, UCS-2 is, and at all relevant times was, in the business of arranging the international transport of freight on behalf of, and providing related services to, its principals, agents and customers.

9.      Upon information and belief, Pauline Huang ("Huang") is, and at all relevant times was, an officer, director, principal and/or owner of UCS-1 and UCS-2.

10.      Upon information and belief, defendant David Wu a/k/a Dar Yih Wu ("Wu") is, and at all relevant times was, an officer, director, principal and/or owner of UCS-1 and UCS-2.

11.      Upon information and belief, at all relevant times, defendants UCS-1 and UCS-2 shared owners, principals, officers, directors, management, employees, office space, office equipment, email addresses, telephone and facsimile numbers, web sites, agents and customers.

12.      Upon information and belief, at all relevant times, defendants UCS-1 and UCS-2 shared owners, principals, officers, directors, management, employees, office space, office equipment, email addresses, telephone and facsimile numbers, web sites, agents and customers such that there was no discernible separation among them or distinction between them.

13.      Upon information and belief, at all relevant times, Huang and Wu failed and neglected to, among other things, maintain corporate records and minutes, elect directors, issue

stock, or pay the corporate taxes of defendants UCS-1 and UCS-2.

14.     Upon information and belief, at all relevant times, Huang and Wu kept UCS-1 and UCS-2 perpetually undercapitalized.

15.     Upon information and belief, at all relevant times, UCS-1 and UCS-2 (collectively and individually referred to as the "UCS Defendants") are corporate alter egos of each other.

16.     Upon information and belief, the UCS Defendants are, and at all relevant times were, mere instrumentalities of Huang and Wu.

17.     Upon information and belief, at all relevant times, Huang and Wu dominated and controlled defendants UCS Defendants for their personal financial gain.

18.     Upon information and belief, the UCS Defendants are, and at all relevant times were, alter egos of Huang and Wu.

19.     For the benefit of UCS Defendants, Plaintiff provided and/or arranged transportation and related work, materials, labor and/or services at an agreed upon price pursuant to agreements set forth, and incorporated by reference, in Plaintiff's ocean bills of lading and/or sea waybills OOLU2510882350, OOLU2512291160, OOLU2512471690, OOLU2512403330, OOLU2512848200 (the "Bills of Lading") annexed hereto as Exhibit A.

20.     In connection with the transportation and related work, materials, labor and/or services provided under the Bills of Lading, Plaintiff issued to UCS Defendants invoices 3804531381, 3804609103, 3804633410, 3804633404 and 3805196335 (the "Invoices") annexed hereto as Exhibit B.

21.     The total amount due and owing to Plaintiff under the Invoices is $79,475.00.

## FIRST CLAIM

22.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 21 hereof.

23.     UCS Defendants are, and at all relevant times, were contractually obligated to pay for the transportation and related work, materials, labor and/or services provided and/or arranged by Plaintiff in connection with the aforementioned Bill of Lading.

24.     UCS Defendants have failed and refused to pay as agreed for the aforementioned transportation and related work, materials, labor and/or services provided and/or arranged by Plaintiff.

25.     Plaintiff has duly performed all of its contractual duties and obligations.

26.     By reason of UCS Defendants' breach of contract, UCS Defendants are liable to Plaintiff in the amount of $79,475.00, plus interest, attorneys' fees and costs.

## SECOND CLAIM

27.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 26 hereof.

28.     Upon information and belief, UCS Defendants received and retained a statement of account and the aforementioned Invoices without objection.

29.     Upon information and belief, the UCS Defendants had an account stated with Plaintiff.

30.     Despite due demand, the sum of $79,475.00 is now due, owing and unpaid on said account.

31.     By reason of the foregoing, UCS Defendants are liable to Plaintiff in the amount of $79,475.00, plus interest, attorneys' fees and costs.

**THIRD CLAIM**

32.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 31 hereof.

33.     Plaintiff provided valuable work, labor, materials and services for the benefit of UCS Defendants in connection with the aforementioned Bills of Lading.

34.     UCS Defendants had knowledge of and accepted the benefit of the work, materials, labor and services performed by the Plaintiff on the UCS Defendants' behalf.

35.     UCS Defendants were unjustly enriched by its failure and refusal to pay as agreed for such work, labor, materials and services.

36.     By reason of the foregoing, the UCS Defendants are liable to Plaintiff in the amount of $79,475.00, plus interest, attorneys' fees and costs.

WHEREFORE, Plaintiff demands judgment:

(1)   on its First Claim, against defendants UNITED CARGO SYSTEMS, INC. and UNITED CUSTOMS SERVICES INC. in the amount of $79,475.00, plus interest, attorneys' fees and costs;

(2)   on its Second Claim, against defendants UNITED CARGO SYSTEMS, INC. and UNITED CUSTOMS SERVICES INC. in the amount of $79,475.00, plus interest, attorneys' fees and costs;

(3)   on its Third Claim, against defendants UNITED CARGO SYSTEMS, INC. and UNITED CUSTOMS SERVICES INC. in the amount of $79,475.00, plus interest, attorneys' fees and costs; and,

(4)  for the costs and disbursements, including reasonable attorneys fees, of this action,

and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       May 5, 2014

                                THE LAW OFFICES OF MARK MCKEW, PLLC
                                Attorneys for Plaintiff

                                By:_____
                                    Mark L. McKew
                                1725 York Ave., Suite 29A
                                New York, New York 10128
                                Email:  mmckew@mckewnylaw.com
                                Tel: (212) 876-6783
                                Fax: (646) 478-9090

EXHIBIT

A

COPY NON NEGOTIABLE

**BILL OF LADING**
(Non Negotiable Unless Consigned to Order)

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | BILL OF LADING NO. |
|---|---|---|
| E-TOP SHIPPING ROOM<br>1804-1805,NO.146,HUAISHU<br>ROAD NINGBO CHINA<br>TEL:0574-87642001 FAX:0574-<br>87642030 | | OOLU2510882350 |

EXPORT REFERENCES

SC# PE104962

CONSIGNEE (COMPLETE NAME AND ADDRESS)

UNITED CARGO SYSTEMS,INC.
110 JERICHO TURNPIKE,SUITE 201
FLORAL PARK, NEW YORK 11001
TEL:516-233-2806
FAX:516-233-2812

FORWARDING AGENT-REFERENCES
FMC.NO.

POINT AND COUNTRY OF ORIGIN OF GOODS

NOTIFY PARTY (COMPLETE NAME AND ADDRESS) (In no agreed that no responsibility shall be attached to the Carrier or his Agents for failure to notify (see Clause 12 on reverse))

UNITED CARGO SYSTEMS,INC.
110 JERICHO TURNPIKE,SUITE 201
FLORAL PARK, NEW YORK 11001
TEL:516-233-2806
FAX:516-233-2812

ALSO NOTIFY PARTY-ROUTING & INSTRUCTIONS

| PRE-CARRIAGE BY | PLACE OF RECEIPT |
|---|---|
| | NINGBO |

| VESSEL/VOYAGE/FLAG | PANAMA | PORT OF LOADING | LOADING PIER / TERMINAL | ORIGINALS TO BE RELEASED AT |
|---|---|---|---|---|
| NYK DELPHINUS 20E03 | | NINGBO | | NINGBO |

| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) | |
|---|---|---|---|
| NEW YORK,NY | NEW YORK,NY | FCL / FCL | CY/CY |

( CHECK "HM" COLUMN IF HAZARDOUS MATERIAL )   PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS.<br>MARKS & NUMBERS | QUANTITY<br>(FOR CUSTOMS<br>DECLARATION ONLY) | H<br>M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| OOLU8335883  /OOLAZW5077  /<br>GESU5284711  /OOLAZW5127  / | 615 CARTONS<br>612 CARTONS | | /FCL / FCL<br>/FCL / FCL | /40HQ/<br>/40HQ/ | |
| FARANZI ITALY<br>STOCK#<br>CUST P.O.#<br>COLOR<br>QTY<br>N.W:<br>G.W:<br>MEAS:<br>CARTON NO | 1227<br>CARTONS | | SHOES<br>THE SHIPPER STATES THAT THIS<br>SHIPMENT CONTAINS NO<br>SOLID WOOD PACKING MATERIALS. | 14688.000KGS | 118.690CBM |
| TOTAL: | 1227<br>CARTONS | | | 14688.000KGS | 118.690CBM |

OCEAN FREIGHT COLLECT
TOTAL NO. OF CONTAINERS/PACKAGES RECEIVED & ACKNOWLEDGED BY CARRIER FOR THE PURPOSE OF
** TO BE CONTINUED ON ATTACHED LIST **

NOTICE 1: For carriage to or from the United States of America, (i) Clauses 4 and 23 on the reverse side hereof limit the Carrier's liability to a maximum of U.S.$500 per package or customary freight unit by virtue of immystication of the U.S. Carriage of Goods by Sea Act ("COGSA"), unless the Merchant declares a higher cargo value before and pays the Carrier's ad valorem freight charge, and (ii) if Merchant enters a value, Carrier's ad valorem rate is imposed as such carriage but in all other respects subject to the provisions of COGSA.
NOTICE 2: See Clause 28 on the reverse side hereof; Notice to Endorsee and/or Holder, and/or Transferor.
NOTICE 3: #Goods carried on such of Merchant's risk without responsibility by Line (e.g. Damage Amendment Clause).
Declared Cargo Value US$ ................. If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: | SERVICE CONTRACT NO.<br>PE104962 | DOC. FORM NO. | COMMODITY CODE | | |
|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
| | | | | | |

Received the Customer/Package or other units indicated in the box identified as "Total No. of Containers/Packages received and acknowledged by Carrier" in apparent good order and condition, unless otherwise indicated, to be transported and delivered as herein provided.

The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on this face and back hereof and to the Carrier's applicable tariff.

In witness whereof **3** original bills of lading have been signed, one of which being accomplished, the others to be void.

DATE CARGO RECEIVED

DATE LADEN ON BOARD is
21 JAN 2011

DATED
21 JAN 2011

The printed terms and conditions appearing on the face and reverse side of this Bill of Lading are available at www.oocl.com, or DOCL's published US tariffs, and all provided form
◆ STRIKE OUT FOR ON-BOARD VESSEL BILL OF LADING
◆ SEE CLAUSE 1 ON REVERSE SIDE
# SEE CLAUSE 2 ON REVERSE SIDE
OF001
H0D.0107-

SIGNED ORIENT OVERSEAS CONTAINER LINE
BY: (CHINA) CO., LTD

ORIENT OVERSEAS CONTAINER
LINE LIMITED ,AS CARRIER

OOCL000011

COPY NON NEGOTIABLE

| VESSEL: NYK DELPHINUS | VOYAGE: 20E03 | BILL OF LADING NO. OOLU2510882350 |
| --- | --- | --- |

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
| --- | --- | --- | --- | --- | --- |
| CALCULATION OF PACKAGE LIMITATION (IF APPLICABLE):    2 CONTAINER(S)/PACKAGE(S) | | | | | |

CALCULATION OF PACKAGE LIMITATION (IF APPLICABLE):    2 CONTAINER(S)/PACKAGE(S)
DESTINATION CHARGES COLLECT PER LINE TARIFF, AND TO BE COLLECTED FROM THE PARTY WHO
LAWFULLY DEMANDS DELIVERY OF THE CARGO.
SHIPPER LOAD AND COUNT, CONTAINER(S) SEALED BY SHIPPER

ORIENT OVERSEAS CONTAINER LINE
(CHINA) CO., LTD
as agent for

ORIENT OVERSEAS CONTAINER
LINE LIMITED ,AS CARRIER

OOCL000012

COPY NON NEGOTIABLE

**SEA WAYBILL**
(Non Negotiable)

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | SEA WAYBILL NO. (WAYBILL) |
| --- | --- | --- |
| E-TOP SHIPPING ROOM 1804-1805,NO.146,HUAISHU ROAD NINGBO CHINA TEL:0574-87642001 FAX:0574-87642030 | EXPORT REFERENCES SC# PE104962 | OOLU2512291160 |

| CONSIGNEE (COMPLETE NAME AND ADDRESS) | FORWARDING AGENT-REFERENCES FMC NO. |
| --- | --- |
| UNITED CARGO SYSTEMS,INC. 110 JERICHO TURNPIKE,SUITE 201 FLORAL PARK,NEW YORK 11001 TEL:516-233-2806 FAX:516-233-2812 | POINT AND COUNTRY OF ORIGIN OF GOODS |

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify see Clause 13 on reverse) | ALSO NOTIFY PARTY-ROUTING & INSTRUCTIONS |
| --- | --- |
| UNITED CARGO SYSTEMS,INC. 110 JERICHO TURNPIKE,SUITE 201 FLORAL PARK,NEW YORK 11001 TEL:516-233-2806 FAX:516-233-2812 | |

| PRE-CARRIAGE BY | PLACE OF RECEIPT NINGBO | | |
| --- | --- | --- | --- |
| VESSEL/VOYAGE/FLAG NYK DELPHINUS 21E12 | PANMA | PORT OF LOADING NINGBO | LOADING PIER / TERMINAL | ORIGINALS TO BE RELEASED AT NINGBO |
| PORT OF DISCHARGE NEW YORK,NY | PLACE OF DELIVERY NEW YORK,NY | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) FCL / FCL      CY/CY |

I CHECK "HM" COLUMN IF HAZARDOUS MATERIAL) PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | HM | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| --- | --- | --- | --- | --- | --- |
| OOLU8573670  /BFS0416  / | / | | 687 CARTONS    /FCL / FCL | /40HQ/ | |
| SEE ATTACHMENT | 687 CARTONS | | SHOES SHIPPER STATES THAT THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS. | 10000.000KGS | 71.708CBM |
| TOTAL: | 687 CARTONS | | | 10000.000KGS | 71.708CBM |

OCEAN FREIGHT COLLECT
TOTAL NO. OF CONTAINERS/PACKAGES RECEIVED & ACKNOWLEDGED BY CARRIER FOR THE PURPOSE OF
CALCULATION OF PACKAGE LIMITATION (IF APPLICABLE):   1 CONTAINER(S)/PACKAGE(S)
DESTINATION CHARGES COLLECT PER LINE TARIFF, AND TO BE COLLECTED FROM THE PARTY WHO
LAWFULLY DEMANDS DELIVERY OF THE CARGO.
SHIPPER LOAD AND COUNT, CONTAINER(S) SEALED BY SHIPPER

NOTICE 1: For carriage to or from the United States of America, (i) Clause 4 and 23 on the reverse side hereof limit the Carrier's liability to a maximum of U.S.$500 per package in customary freight unit by virtue of incorporation of the U.S. Carriage of Goods by Sea Act ("COGSA"), unless the Merchant declares a higher cargo value below and pays the Carrier's ad valorem freight charge; and (ii) if carried on-deck at Merchant's risk as parts covered in such carriage but in all other respects subject to the provisions of COGSA.
NOTICE 2: See Clause 28 on the reverse side hereof. Notice to Endorsee and/or Holder and/or Transferee.
NOTICE 3: If Goods cannot on-deck at Merchant's risk without responsibility for loss or damage howsoever caused.
Declared Cargo Value US$ _____ . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: | | SERVICE CONTRACT NO. PE104962 | | DOC FORM NO. | COMMODITY CODE | | Received the Container/Package (or other units outlined in the box identified as "Total No. of Containers/Packages received and acknowledged by Carrier" in apparent good order and condition, unless otherwise indicated, to be transported and delivered as herein provided. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT | | The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof, and to the Carrier's applicable tariff. |
| | | | | | | | In witness whereof, 0 original bill of lading have been signed, one of which being accomplished, the other(s) to be void. |
| | | | | | | | DATE CARGO RECEIVED |
| | | | | | | | DATE LADEN ON BOARD o 25 MAR 2011 |
| | | | | | | | DATED 25 MAR 2011 |

The printed terms and conditions appearing on the face and reverse
side of this Bill of Lading are available at www.oocl.com, at OOCL's
published US tariffs, and is available from
* STRIKE OUT FOR ON BOARD VESSEL BILL OF LADING
* SEE CLAUSE 1 ON REVERSE SIDE
§ SEE CLAUSE 2 ON REVERSE SIDE
(SFO61
MOD 01/07)

SIGNED BY: ORIENT OVERSEAS CONTAINER LINE
(CHINA) CO., LTD

ORIENT OVERSEAS CONTAINER
LINE LIMITED ,AS CARRIER

OOCL000013

COPY NON NEGOTIABLE

**SEA WAYBILL**
(Non Negotiable)

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. |
| | SEA WAYBILL NO. (WAYBILL) OOLU2512471690 |

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
E-TOP SHIPPING ROOM
1804-1805,NO.146,HUAISHU
ROAD NINGBO CHINA
TEL:0574-87642001 FAX:0574-
87642030

EXPORT REFERENCES
SC# PE104962

CONSIGNEE (COMPLETE NAME AND ADDRESS)
UNITED CARGO SYSTEMS,INC.
110 JERICHO TURNPIKE,SUITE 201
FLORAL PARK, NEW YORK 11001
TEL: 516-233-2806 FAX:
516-233-2812

FORWARDING AGENT-REFERENCES
FMC NO.

POINT AND COUNTRY OF ORIGIN OF GOODS

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UNITED CARGO SYSTEMS,INC.
110 JERICHO TURNPIKE,SUITE 201
FLORAL PARK, NEW YORK 11001
TEL: 516-233-2806 FAX:
516-233-2812

(It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify (see Clause 13 on reverse))

ALSO NOTIFY PARTY-ROUTING & INSTRUCTIONS

| PRE-CARRIAGE BY | PLACE OF RECEIPT NINGBO | | |
|---|---|---|---|
| VESSEL/VOYAGE/FLAG NYK DIANA 20E13 PANAMA | PORT OF LOADING NINGBO | LOADING PIER / TERMINAL | ORIGINALS TO BE RELEASED AT NINGBO |
| PORT OF DISCHARGE NEW YORK,NY | PLACE OF DELIVERY NEW YORK,NY | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) FCL / FCL | CY/CY |

( CHECK "HM" COLUMN IF HAZARDOUS MATERIAL ) **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| OOLU8633810 /BFS0887 | 648 CARTONS | / | /FCL / FCL | /40HQ/ | |
| CBXU0790917 /BFS0835 | 675 CARTONS | / | /FCL / FCL | /40HQ/ | |
| SEE ATTACHMENT | 1323 CARTONS | | SHOES SHIPPER STATES THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS. | 19315.000KGS | 141.590CBM |
| TOTAL: | 1323 CARTONS | | | 19315.000KGS | 141.590CBM |

OCEAN FREIGHT COLLECT
 TOTAL NO. OF CONTAINERS/PACKAGES RECEIVED & ACKNOWLEDGED BY CARRIER FOR THE PURPOSE OF
 CALCULATION OF PACKAGE LIMITATION (IF APPLICABLE):   2 CONTAINER(S)/PACKAGE(S)
DESTINATION CHARGES COLLECT PER LINE TARIFF, AND TO BE COLLECTED FROM THE PARTY WHO
LAWFULLY DEMANDS DELIVERY OF THE CARGO.
SHIPPER LOAD AND COUNT, CONTAINER(S) SEALED BY SHIPPER

NOTICE 1: For carriage to or from the United States of America, N) Clause 4 and 23 on the reverse side hereof limit the Carrier's liability to a maximum of U.S.$500 per package or customary freight unit by virtue of incorporation of the U.S. Carriage of Goods by Sea Act ("COGSA") where the Merchant declares a higher cargo value below and pays the Carrier's ad valorem freight charge, and (b) if custom/ary clause 6 (declaration clause) or Merchant's risk as re-gards stowed or both (carriage) but in all other respects and prior to the provisions of COGSA.
NOTICE 2: See Clause 28 on the reverse side hereof.
NOTICE 3: If Goods carried on deck or Merchant's risk without responsibility (see loss or damage howsoever caused)
Declared Cargo Value US$                     If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT (BY) | SERVICE CONTRACT NO. PE104962 | OOC FORM NO. | COMMODITY CODE | | Received, the Container/Package or other items endorsed on the face identified as "Total No. of Containers/Packages received and acknowledged" to Carrier in apparent good order and condition, unless otherwise indicated, to be transported and delivered as herein provided. |
|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |

OCEAN FREIGHT COLLECT block continues...

DATE CARGO RECEIVED

DATE LADEN ON BOARD
1 APR 2011

DATED
1 APR 2011

SIGNED ORIENT OVERSEAS CONTAINER LINE
BY (CHINA) CO., LTD

ORIENT OVERSEAS CONTAINER
LINE LIMITED ,AS CARRIER

The printed terms and conditions appearing on the face and reverse side of this Bill of Lading are available at www.oocl.com, at OOCL's agents/offices as well as upon request.
◆ STRIKE OUT FOR ON BOARD VESSEL, BILL OF LADING
◆ SEE CLAUSE 1 ON REVERSE SIDE
◆ SEE CLAUSE 2 ON REVERSE SIDE

OOCL000014

COPY NON NEGOTIABLE

**SEA WAYBILL**
(Non Negotiable)

| | |
|---|---|
| BOOKING NO. | SEA WAYBILL NO. (WAYBILL) OOLU2512403330 |

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)

E-TOP SHIPPING ROOM
1804-1805,NO.146,HUAISHU
ROAD NINGBO CHINA
TEL:0574-87642001 FAX:0574-
87642030

EXPORT REFERENCES
SC# PE104962

CONSIGNEE (COMPLETE NAME AND ADDRESS)

UNITED CARGO SYSTEMS,INC.
110 JERICHO TURNPIKE,SUITE 201
FLORAL PARK, NEW YORK 11001
TEL: 516-233-2806 FAX:
516-233-2812<C

FORWARDING AGENT-REFERENCES
FMC NO.

POINT AND COUNTRY OF ORIGIN OF GOODS

NOTIFY PARTY (COMPLETE NAME AND ADDRESS) It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify (see Clause 13 on reverse)

UNITED CARGO SYSTEMS,INC.
110 JERICHO TURNPIKE,SUITE 201
FLORAL PARK, NEW YORK 11001
TEL: 516-233-2806 FAX:
516-233-2812<C

ALSO NOTIFY PARTY-ROUTING & INSTRUCTIONS

| PRE-CARRIAGE BY | PLACE OF RECEIPT NINGBO | | |
|---|---|---|---|
| VESSEL/VOYAGE/FLAG NYK DIANA 20E13 | PANAMA PORT OF LOADING NINGBO | LOADING PIER / TERMINAL | ORIGINALS TO BE RELEASED AT NINGBO |
| PORT OF DISCHARGE NEW YORK,NY | PLACE OF DELIVERY NEW YORK,NY | TYPE OF MOVEMENT IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) FCL / FCL | CY/CY |

‹ CHECK "HM" COLUMN IF HAZARDOUS MATERIAL › PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | HM | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| CLHU2532920  /OOLBFS7228  / | | M | /FCL / FCL | /20GP/ | |
| FARANZI (IN DIAMOND) NEW YORK CARTON NO.: STYLE: COLOR: SIZE RUN: | 265 CARTONS | | MENS SHOES SHIPPER STATES THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS. | 3180.000KGS | 28.920CBM |
| TOTAL: | 265 CARTONS | | | 3180.000KGS | 28.920CBM |

OCEAN FREIGHT COLLECT
TOTAL NO. OF CONTAINERS/PACKAGES RECEIVED & ACKNOWLEDGED BY CARRIER FOR THE PURPOSE OF
CALCULATION OF PACKAGE LIMITATION (IF APPLICABLE) :  1 CONTAINER(S)/PACKAGE(S)
DESTINATION CHARGES COLLECT PER LINE TARIFF, AND TO BE COLLECTED FROM THE PARTY WHO
LAWFULLY DEMANDS DELIVERY OF THE CARGO.
        ** TO BE CONTINUED ON ATTACHED LIST **

NOTICE 1: For carriage to, or from the United States of America, (i) Clauses 4 and 22 on the reverse side hereof limit the Carrier's liability to a maximum of U.S.$500 per package or customary freight unit by virtue of incorporation of the U.S. Carriage of Goods by Sea Act ("COGSA") unless the Merchant declares a higher cargo value below and pays the Carrier's ad valorem freight charge; and (ii) if carriage on deck at Merchant's risk as to perils of loss or damage howsoever caused.
NOTICE 2: See Clause 28 on the reverse side hereof. Notice to Endorsee and/or Holder and/or Transferees.
NOTICE 3: If Goods carried on deck at Merchant's risk without responsibility for loss or damage howsoever caused.
Declared Cargo Value US$                                    If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY | | SERVICE CONTRACT NO. PE104962 | DOC FORM NO. | COMMODITY CODE | |
|---|---|---|---|---|---|
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Received the Container/Package or other units indicated in the box identified as "Total No. of Containers/Packages received and acknowledged by Carrier" in apparent good order and condition, unless otherwise indicated, to be transported and delivered as herein provided.

The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on this face and back hereof and in the Carrier's applicable tariff.

In witness whereof  0  original bills of lading have been signed, all of this tenor and date, one of which being accomplished, the other(s) to be void.

DATE CARGO RECEIVED

DATE LADEN ON BOARD
1 APR 2011

DATED
1 APR 2011

The printed terms and conditions appearing on the face and reverse side of this Bill of Lading are available at www.oocl.com, in OOCL's (deleted US units and (or compliance to is).
• STRIKE OUT FOR ON BOARD VESSEL BILL OF LADING
• SEE CLAUSE 1 ON REVERSE SIDE
• SEE CLAUSE 2 ON REVERSE SIDE
OP001
HUBI 01/01

SIGNED ORIENT OVERSEAS CONTAINER LINE
BY   (CHINA) CO., LTD

ORIENT OVERSEAS CONTAINER
LINE LIMITED ,AS CARRIER

OOCL000015

COPY NON NEGOTIABLE

| VESSEL: NYK DIANA | | | VOYAGE: 20E13 | SEA WAYBILL NO. | OOLU2512403330 | |
|---|---|---|---|---|---|---|
| CNTR. NOS. W/SEAL NOS.<br>MARKS & NUMBERS | QUANTITY<br>(FOR CUSTOMS<br>DECLARATION ONLY) | N<br>M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT | |

SHIPPER LOAD AND COUNT, CONTAINER(S) SEALED BY SHIPPER

<C
CONTACT PERSON: YVONNE LIANG

SIGNED ORIENT OVERSEAS CONTAINER LINE
BY:   (CHINA) CO., LTD

ORIENT OVERSEAS CONTAINER
LINE LIMITED , AS CARRIER

OOCL000016

**OOCL**

COPY NON NEGOTIABLE

**SEA WAYBILL**
11/29/12

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO | SEA WAYBILL NO. (WAYBILL) |
|---|---|---|

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)

E-TOP SHIPPING ROOM
1804-1805,NO.146,HUAISHU
ROAD NINGBO CHINA
TEL:0574-87642001 FAX:0574-
87642030

SEA WAYBILL NO. (WAYBILL)
OOLU2512848200

EXPORT REFERENCES

SC# PE104962

CONSIGNEE (COMPLETE NAME AND ADDRESS)

UNITED CARGO SYSTEMS,INC.
110 JERICHO TURNPIKE,SUITE 201
FLORAL PARK, NEW YORK 11001
TEL: 516-233-2806 FAX:
516-233-2812

FORWARDING AGENT-REFERENCES
FMC NO.

POINT AND COUNTRY OF ORIGIN OF GOODS

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)  (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify (see Clause 13 on reverse))

UNITED CARGO SYSTEMS,INC.
110 JERICHO TURNPIKE,SUITE 201
FLORAL PARK, NEW YORK 11001
TEL: 516-233-2806 FAX:
516-233-2812

ALSO NOTIFY PARTY-ROUTING & INSTRUCTIONS

| PRE-CARRIAGE BY | PLACE OF RECEIPT |   |   |
|---|---|---|---|
|  | NINGBO |   |   |
| VESSEL / VOYAGE / FLAG    PARAMA | PORT OF LOADING | LOADING PIER / TERMINAL | ORIGINALS TO BE RELEASED AT |
| NYK DEMETER 20E15 | NINGBO |  | NINGBO |
| PORT OF DISCHARGE | PLACE OF DELIVERY | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD) |  |
| NEW YORK,NY | NEW YORK,NY | FCL / FCL | CY/CY |

( CHECK "HM" COLUMN IF HAZARDOUS MATERIAL )    PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER

| CNTR. NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| TGHU9715173  /BFS5705<br>OOLU8263910  /OOLBFS5709 | 616 CARTONS<br>680 CARTONS | / | /FCL / FCL<br>/FCL / FCL | /40HQ/<br>/40HQ/ |  |
| SEE ATTACHMENT | 1296<br>CARTONS |  | SHOES<br>SHIPPER STATES<br>THIS SHIPMENT CONTAINS NO<br>SOLID WOOD PACKING MATERIALS. | 18862.000KGS | 139.517CBM |
| TOTAL: | 1296<br>CARTONS |  |  | 18862.000KGS | 139.517CBM |

OCEAN FREIGHT COLLECT
|TOTAL NO. OF CONTAINERS/PACKAGES RECEIVED & ACKNOWLEDGED BY CARRIER FOR THE PURPOSE OF |
|CALCULATION OF PACKAGE LIMITATION (IF APPLICABLE):    2 CONTAINER(S)/PACKAGE(S) |
DESTINATION CHARGES COLLECT PER LINE TARIFF, AND TO BE COLLECTED FROM THE PARTY WHO
LAWFULLY DEMANDS DELIVERY OF THE CARGO.
SHIPPER LOAD AND COUNT, CONTAINER(S) SEALED BY SHIPPER

NOTICE 1:  For carriage to or from the United States of America, (i) Clauses 4 and 23 on the reverse hereof limit the Carrier's liability to a maximum of U.S.$500 per package or customary freight unit by virtue or incorporation of the U.S. Carriage of Goods by Sea Act ("COGSA"), unless the Merchant declares a higher cargo value below and pays the Carrier's ad valorem freight charge; and (ii) If carried on deck at Merchant's risk as to perils inherent in such carriage but in all other respects subject to the provisions of COGSA.
NOTICE 2:  See Clause 28 on the reverse side hereof. Notice to Enrollees and/or Holder and/or Transferee.
NOTICE 3:  If Goods carried on deck at Merchant's risk without responsibility for loss or damage howsoever caused.
Declared Cargo Value US$ _____ . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY: |  | SERVICE CONTRACT NO. |  | COMMODITY CODE |  |
|---|---|---|---|---|---|
|  |  | PE104962 |  |  |  |
| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|  |  |  |  |  |  |

Received the Container/Package or other units inquired in the box identified as "Total No. of Containers/Packages received and acknowledged by Carrier" in apparent good order and condition, unless otherwise indicated, to be transported and delivered as herein provided.

The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to the Carrier's applicable tariff.

In witness whereof □ original bill of lading have been signed, one of which being accomplished, the other(s) to be void.

DATE CARGO RECEIVED

DATE LADEN ON BOARD o
15 APR 2011

DATED
15 APR 2011

The printed terms and conditions appearing on the face and reverse side of this Bill of Lading are available at www.oocl.com, in OOCL's published US tariffs, and in pamphlet form.
* STRIKE OUT FOR ON BOARD VESSEL BILL OF LADING
● SEE CLAUSE 1 ON REVERSE SIDE
o SEE CLAUSE 2 ON REVERSE SIDE
OF001
HQD 01/01

SIGNED ORIENT OVERSEAS CONTAINER LINE
BY  (CHINA) CO., LTD
as agent for

ORIENT OVERSEAS CONTAINER
LINE LIMITED ,AS CARRIER

EXHIBIT

B

ORIGINAL

# OOCL

*We take it personally*

## OOCL (USA) Inc

As Agent For Orient Overseas Container Line Limited

### INVOICE

| | |
|---|---|
| PAGE NO. | : 1 |
| INVOICE NO. | : 380 4531381 |
| ISSUE DATE | : 11 Mar 2011 |
| DUE DATE | : 11 Mar 2011 |

| INVOICE TO | CUSTOMER ID | OFFICE OF ISSUE | BILL OF LADING NO. |
|---|---|---|---|
| United Cargo Systems, Inc. 110 Jericho Turnpike, Suite 201 Floral Park, NY 11001 United States | 6837361000 | Lisle | 2510882350 |
| | SHIP TO / BY United Cargo Systems, Inc. | PLACE OF RECEIPT Ningbo | PORT OF LOADING Ningbo |
| | | PORT OF DISCHARGE New York | FINAL DESTINATION New York |
| | | VESSEL VOYAGE BOUND NYK DELPHINUS 20E03 | ARRIVED / DEPARTED 15 Feb 2011 |

REFERENCE

DESCRIPTION

| Containers | Description | Total weight | Measurement |
|---|---|---|---|
| OOLU8335883 40HQ | SHOES the shipper states that THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS | 7344.000 KG | 59.350   CBM |

| CHARGE DESCRIPTION | BASIS | RATE | CUR | EXTENDED VALUE | EXCHANGE RATE | | | AMOUNT IN USD |
|---|---|---|---|---|---|---|---|---|
| DETENTION CHRG | 1.000 | 85.00 | USD | 85.00 | 1.00000 | | | 85.00 |
| AMOUNT DUE | | | | | | | | 85.00 |

REMARKS  Other correspondence/disputes, please send to:
OOCL - Finance & Accounting
801 Warrenville Road, Suite 300,
Lisle, IL 60532

| CUSTOMER | MAILING ADDRESS | BANK REMITTANCE TO |
|---|---|---|
| 6837361000 United Cargo Systems, Inc. | Mail check to: Orient Overseas Container Line Limited 9336 Paysphere Circle Chicago IL 60674 Tel  (1) 630-6459120  Fax  (1) 630-6459121 | The HSBC Bank USA 1 HSBC Center Buffalo, NY 14203 Credit A/C of : Orient Overseas Container Line Ltd. Account No. 000-127205 ABA Routing 022000020 for ACH ABA # 021001088 Wire Transfer |
| OFFICE        Lisle | | |
| INVOICE NO.        380 4531381 | | |
| BL NUMBER        2510882350 | AMOUNT DUE → | USD        85.00 |

Invoice Issued As Agent For Orient Overseas Container Line Limited
To be paid by due date on the invoice

ORIGINAL



| | OOCL (USA) Inc | PAGE NO. | : 2 |
|---|---|---|---|
| | As Agent For Orient Overseas Container Line Limited | INVOICE NO. | : 380 4531381 |
| We take it personally | | ISSUE DATE | : 11 Mar 2011 |
| | INVOICE | DUE DATE | : 11 Mar 2011 |

OOCL INBOUND DETENTION NOTICE       Issue Date: March 11 2011
                                    Enquiry Date: March 11 2011

        SUBJECT : Details of Detention charges incurred for containers in use,

Bill of Lading  - 2510882350
=================================

CONTAINER   SIZE PKUPLOC RETNLOC FREEDAYS       OVERDUE RULE REF    RATE REF
OOLU8335883 40HQ NYCO2   NYCO2   5 days(w)      1 days  Rule-1      TierRate-1

DETENTION DATES AND CHARGES DETAILS
    CONTAINER   FREETM  FREE TIME     GATEOUT GATEIN  CLOCK END   INVOICE        SURCHARGES
                START   EXPIRY        DATE    DATE    DATE -(REF) AMOUNT

    OOLU8335883 23Feb11 01Mar11 23:59 22Feb11 2Mar11  2Mar11 (1) USD 85.00       No data

                        Total Charges : USD 85.00
                        Total Surcharges : No data
                        Total Amount Due : USD 85.00

CLOCK END DATE REFERENCE
(1) : Event date; (2) : Interim Charge date; (3) : Adjustment date

LOCATION REFERENCES
    NYCO2 : New York Container Terminal Inc

RULE REFERENCES
    1:      Free time for Detention starts
                    1 working day(s) after Full Gate-out

RATE TIER REFERENCES
    TierRate-1
            Tier Rate Type: tierRate
                    >= 1 days,USD 85.00 (per container / day)

Please contact OOCL Customer Service for further information

OOCL000002

ORIGINAL

**OOCL**

*We take it personally*

## OOCL (USA) Inc

As Agent For Orient Overseas Container Line Limited

### INVOICE

| | |
|---|---|
| PAGE NO. | : 1 |
| INVOICE NO. | : 380 4609103 |
| ISSUE DATE | : 13 May 2011 |
| DUE DATE | : 13 May 2011 |

| INVOICE TO | | | |
|---|---|---|---|
| United Cargo Systems, Inc. 110 Jericho Turnpike, Suite 201 Floral Park, NY 11001 United States | | | |

| CUSTOMER ID | OFFICE OF ISSUE | BILL OF LADING NO. |
|---|---|---|
| 6837361000 | Lisle | 2312291160 |

| SHIP TO / BY | PLACE OF RECEIPT | PORT OF LOADING |
|---|---|---|
| United Cargo Systems, Inc. | Ningbo | Ningbo |
| | PORT OF DISCHARGE | FINAL DESTINATION |
| | New York | New York |
| | VESSEL VOYAGE BOUND | ARRIVED / DEPARTED |
| | NYK DELPHINUS 21E12 | 19 Apr 2011 |

REFERENCE

DESCRIPTION

| Container/s | Description | Total weight | Measurement |
|---|---|---|---|
| OOLU8573670 40HQ | SHOES shipper states that THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS | 10000.000 KG | 71.708   CBM |

| CHARGE DESCRIPTION | BASIS | RATE | CUR | EXTENDED VALUE | EXCHANGE RATE | | | AMOUNT IN USD |
|---|---|---|---|---|---|---|---|---|
| DETENTION CHRG | 1.000 | 170.00 | USD | 170.00 | 1.00000 | | | 170.00 |
| AMOUNT DUE | | | | | | | | 170.00 |

REMARKS Other correspondence/disputes, please send to:
OOCL - Finance & Accounting
801 Warrenville Road, Suite 300,
Lisle, IL 60532

| CUSTOMER | MAILING ADDRESS | BANK REMITTANCE TO |
|---|---|---|
| 6837361000 United Cargo Systems, Inc. | Mail check to: Orient Overseas Container Line Limited 9336 Paysphere Circle, Chicago IL 60674. Tel : (1) 630-6459120  Fax : (1) 630-6459121 | The HSBC Bank USA 1 HSBC Center Buffalo, NY 14203 Credit A/C of Orient Overseas Container Line,Ltd. Account No. 000-127205 ABA Routing 022000020 for ACH ABA # 021001088 Wire Transfer |
| OFFICE        Lisle | | |
| INVOICE NO.        380 4609103 | | |

| BL NUMBER        2312291160 | AMOUNT DUE  → | USD | 170.00 |
|---|---|---|---|

Invoice Issued As Agent For Orient Overseas Container Line Limited
To be paid by due date on the invoice

OOCL000003

ORIGINAL

| OOCL<br>We take it personally | OOCL (USA) Inc<br>As Agent For Orient Overseas Container Line Limited<br>INVOICE | PAGE NO. : 2<br>INVOICE NO. : 380 4609103<br>ISSUE DATE : 13 May 2011<br>DUE DATE : 13 May 2011 |

OOCL INBOUND DETENTION NOTICE          Issue Date: May 13 2011

Enquiry Date: May 13 2011

SUBJECT : Details of Detention charges incurred for containers in use.

Bill of Lading  - 2512291160

===============================

| CONTAINER | SIZE | PKUPLOC | RETNLOC | FREEDAYS | OVERDUE | RULE REF | RATE REF |
|-----------|------|---------|---------|----------|---------|----------|----------|
| OOLU8573670 | 40HQ | NYC02 | NYC02 | 5 days(w) | 2 days | Rule-1 | TierRate-1 |

DETENTION DATES AND CHARGES DETAILS

| CONTAINER | FREETM<br>START | FREE TIME<br>EXPIRY | GATEOUT<br>DATE | GATEIN<br>DATE | CLOCK END<br>DATE -(REF) | INVOICE<br>AMOUNT | SURCHARGES |
|-----------|--------|-----------|---------|--------|-----------|---------|------------|
| OOLU8573670 | 26Apr11 | 02May11 23:59 | 25Apr11 | 4May11 | 4May11 (1) | USD 170.00 | No data |

Total Charges : USD 170.00

Total Surcharges : No data

Total Amount Due : USD 170.00

CLOCK END DATE REFERENCE

(1) : Event date; (2) : Interim Charge date; (3) : Adjustment date

LOCATION REFERENCES

NYC02 : New York Container Terminal Inc

RULE REFERENCES

1:     Free time for Detention starts

1 working day(s) after Full Gate-out

RATE TIER REFERENCES

TierRate-1

Tier Rate Type: tierRate

>= 1 days,USD 85.00 (per container / day)

Please contact OOCL Customer Service for further information

OOCL000004

ORIGINAL

## OOCL
We take it personally

**OOCL (USA) Inc**

As Agent For Orient Overseas Container Line Limited

**INVOICE**

| | |
|---|---|
| PAGE NO. | : 1 |
| INVOICE NO. | : 380 4633410 |
| ISSUE DATE | : 3 Jun 2011 |
| DUE DATE | : 3 Jun 2011 |

| INVOICE TO | CUSTOMER ID | OFFICE OF ISSUE | BILL OF LADING NO. |
|---|---|---|---|
| United Cargo Systems, Inc. 110 Jericho Turnpike, Suite 201 Floral Park, NY 11001 United States | 6837361000 | Lisle | 2512471690 |
| | SHIP TO / BY United Cargo Systems, Inc. | PLACE OF RECEIPT Ningbo | PORT OF LOADING Ningbo |
| | | PORT OF DISCHARGE New York | FINAL DESTINATION New York |
| | | VESSEL VOYAGE BOUND NYK DIANA 20E13 | ARRIVED / DEPARTED 26 Apr 2011 |

REFERENCE

DESCRIPTION

| Container/s | Description | Total weight | Measurement |
|---|---|---|---|
| OOLU8633810 40HQ | SHOES shipper states THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS. | 9306.000 KG | 71.034   CBM |

| CHARGE DESCRIPTION | BASIS | RATE | CUR | EXTENDED VALUE | EXCHANGE RATE | | | AMOUNT IN USD |
|---|---|---|---|---|---|---|---|---|
| DETENTION CHRG | 1.000 | 1530.00 | USD | 1530.00 | 1.00000 | | | 1,530.00 |
| AMOUNT DUE | | | | | | | | 1,530.00 |

REMARKS  Other correspondence/disputes, please send to:
OOCL - Finance & Accounting
801 Warrenville Road, Suite 300,
Lisle, IL 60532

| CUSTOMER | MAILING ADDRESS | BANK REMITTANCE TO |
|---|---|---|
| 6837361000 United Cargo Systems, Inc.. | Mail check to: Orient Overseas Container Line Limited 9336 Paysphere Circle, Chicago IL 60674. Tel : (1) 630-6459120  Fax : (1) 630-6459121 | The HSBC Bank USA. 1 HSBC Center, Buffalo, NY 14203 Credit A/C of Orient Overseas Container Line Ltd. Account No. 000-127205 ABA Routing 022000020 for ACH ABA # 021001088 Wire Transfer |
| OFFICE   Lisle | | |
| INVOICE NO.   380 4633410 | | |
| BL NUMBER   2512471690 | AMOUNT DUE   →   USD   1,530.00 | |

Invoice Issued As Agent For Orient Overseas Container Line Limited
To be paid by due date on the invoice

OOCL000005

ORIGINAL



| | | OOCL (USA) Inc | PAGE NO. | : 2 |
|---|---|---|---|---|
| | | As Agent For Orient Overseas Container Line Limited | INVOICE NO. | : 380 4633410 |
| We take it personally | | | ISSUE DATE | : 3 Jun 2011 |
| | | INVOICE | DUE DATE | : 3 Jun 2011 |

```
       OOCL INBOUND DETENTION NOTICE           Issue Date: June 3 2011

                                               Enquiry Date: June 3 2011


             SUBJECT : Details of Detention charges incurred for containers in use.


       Bill of Lading  - 2512471690
       ===================================


       CONTAINER    SIZE PKUPLOC RETNLOC FREEDAYS        OVERDUE RULE REF      RATE REF
       OOLU8633810  40HQ NYCO2   NYCO2  5 days(w)        18 days Rule-1        TierRate-1


       DETENTION DATES AND CHARGES DETAILS
          CONTAINER      FREETM   FREE TIME       GATEOUT  GATEIN   CLOCK END   INVOICE          SURCHARGES
                         START    EXPIRY          DATE     DATE     DATE -(REF) AMOUNT

          OOLU8633810    29Apr11  05May11 23:59   28Apr11  23May11  23May11 (1) USD 1,530.00     No data


                                 Total Charges : USD 1,530.00
                                 Total Surcharges : No data
                                 Total Amount Due : USD 1,530.00


       CLOCK END DATE REFERENCE
       (1) : Event date; (2) : Interim Charge date; (3) : Adjustment date


       LOCATION REFERENCES
             NYCO2 : New York Container Terminal Inc.


       RULE REFERENCES
             1:      Free time for Detention starts
                              1 working day(s) after Full Gate-out


       RATE TIER REFERENCES
             TierRate-1
                     Tier Rate Type: TierRate
                           >= 1 days,USD 85.00 (per container / day)



       Please contact OOCL Customer Service for further information
```

ORIGINAL

# OOCL

**We take it personally**

## OOCL (USA) Inc

As Agent For Orient Overseas Container Line Limited

### INVOICE

| | |
|---|---|
| PAGE NO. | : 1 |
| INVOICE NO. | : 380 4633404 |
| ISSUE DATE | : 3 Jun 2011 |
| DUE DATE | : 3 Jun 2011 |

| INVOICE TO | CUSTOMER ID | OFFICE OF ISSUE | BILL OF LADING NO. |
|---|---|---|---|
| United Cargo Systems, Inc. 110 Jericho Turnpike, Suite 201 Floral Park, NY 11001 United States | 6837361000 | Lisle | 2512403330 |
| | SHIP TO / BY | PLACE OF RECEIPT | PORT OF LOADING |
| | United Cargo Systems, Inc. | Ningbo | Ningbo |
| | | PORT OF DISCHARGE | FINAL DESTINATION |
| | | New York | New York |
| | | VESSEL VOYAGE BOUND | ARRIVED / DEPARTED |
| | | NYK DIANA 20E13 | 26 Apr 2011 |

REFERENCE

DESCRIPTION

| Container/s | Description | Total weight | Measurement |
|---|---|---|---|
| CLHU2532920 20GP | MENS SHOES SHIPPER STATES THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS. | 3180.000 KG | 28.920 CBM |

| CHARGE DESCRIPTION | BASIS | RATE | CUR | EXTENDED VALUE | EXCHANGE RATE | | | AMOUNT IN USD |
|---|---|---|---|---|---|---|---|---|
| DETENTION CHRG | 1.000 | 1613.00 | USD | 1613.00 | 1.00000 | | | 1,613.00 |
| **AMOUNT DUE** | | | | | | | | **1,615.00** |

REMARKS  Other correspondence/disputes, please send to:
OOCL - Finance & Accounting
801 Warrenville Road, Suite 300,
Lisle, IL 60532

| CUSTOMER | MAILING ADDRESS | BANK REMITTANCE TO |
|---|---|---|
| 6837361000 United Cargo Systems, Inc. | Mail check to: Orient Overseas Container Line Limited 9336 Paysphere Circle, Chicago IL 60674. Tel : (1) 630-6459120  Fax : (1) 630-6459121 | The HSBC Bank USA 1 HSBC Center Buffalo, NY 14203 Credit A/C of Orient Overseas Container Line Ltd. Account No. 000-127205 ABA Routing 021000020 for ACH ABA # 021001088 Wire Transfer |
| OFFICE          Lisle | | |
| INVOICE NO.       380 4633404 | | |
| BL NUMBER       2512403330 | **AMOUNT DUE   →   USD   1,615.00** | |

Invoice Issued As Agent For Orient Overseas Container Line Limited
To be paid by due date on the invoice

OOCL000007

ORIGINAL

| **OOCL** We take it personally | OOCL (USA) Inc | PAGE NO. | : 2 |
|---|---|---|---|
| | As Agent For Orient Overseas Container Line Limited | INVOICE NO. | : 380-4633404 |
| | | ISSUE DATE | : 3 Jun 2011 |
| | **INVOICE** | DUE DATE | : 3 Jun 2011 |

OOCL INBOUND DETENTION NOTICE          Issue Date: June 3 2011

Enquiry Date: June 3 2011

SUBJECT : Details of Detention charges incurred for containers in use.

Bill of Lading - 2512403330
=============================

| CONTAINER | SIZE | PKUPLOC | RETNLOC | FREEDAYS | OVERDUE | RULE REF | RATE REF |
|---|---|---|---|---|---|---|---|
| CLHU2532920 | 20GP | NYC02 | NYC02 | 5 days(w) | 19 days | Rule-1 | TierRate-1 |

DETENTION DATES AND CHARGES DETAILS

| CONTAINER | FREETM START | FREE TIME EXPIRY | GATEOUT DATE | GATEIN DATE | CLOCK END DATE -(REF) | INVOICE AMOUNT | SURCHARGES |
|---|---|---|---|---|---|---|---|
| CLHU2532920 | 2May11 | 06May11 23:59 | 29Apr11 | 25May11 | 25May11 (1) | USD 1,615.00 | No data |

Total Charges : USD 1,615.00

Total Surcharges : No data

Total Amount Due : USD 1,615.00

CLOCK END DATE REFERENCE

(1) : Event date; (2) : Interim Charge date; (3) : Adjustment date

LOCATION REFERENCES

NYC02 : New York Container Terminal Inc

RULE REFERENCES

1:        Free time for Detention starts
                    1 working day(s) after Full Gate-out

RATE TIER REFERENCES

TierRate-1

Tier Rate Type: tierRate
>= 1 days,USD 85.00 (per container / day)

Please contact OOCL Customer Service for further information.

OOCL000008

ORIGINAL

# OOCL

*We take it personally*

## OOCL (USA) Inc

**As Agent For Orient Overseas Container Line Limited**

### INVOICE

| | |
|---|---|
| PAGE NO. | : 1 |
| INVOICE NO. | : 380 5196335 |
| ISSUE DATE | : 31 Aug 2012 |
| DUE DATE | : 31 Aug 2012 |

| INVOICE TO | CUSTOMER ID | OFFICE OF ISSUE | BILL OF LADING NO. |
|---|---|---|---|
| United Cargo Systems, Inc. 110 Jericho Turnpike, Suite 201 Floral Park, NY 11001 United States | 6837361000 | Lisle | 2512848200 |
| | SHIP TO / BY | PLACE OF RECEIPT | PORT OF LOADING |
| | United Cargo Systems, Inc. | Ningbo | Ningbo |
| | | PORT OF DISCHARGE | FINAL DESTINATION |
| | | New York | New York |
| | | VESSEL VOYAGE BOUND NYK DEMETER 20E15 | ARRIVED / DEPARTED 11 May 2011 |

REFERENCE

DESCRIPTION

| Container/s | Description | Total weight | Measurement |
|---|---|---|---|
| OOLU8263910 40HQ  TGHU9715173 40HQ | SHOES SHIPPER STATES THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS. | 18862.000 KG | 139.517  CBM |

| CHARGE DESCRIPTION | BASIS | RATE | CUR | EXTENDED VALUE | EXCHANGE RATE | | | AMOUNT IN USD |
|---|---|---|---|---|---|---|---|---|
| DETENTION CHRG | 1.000 | 38080.00 | USD | 38080.00 | 1.00000 | | | 38,080.00 |
| DETENTION CHRG | 1.000 | 37995.00 | USD | 37995.00 | 1.00000 | | | 37,995.00 |
| **AMOUNT DUE** | | | | | | | | **76,075.00** |

REMARKS Other correspondence/disputes, please send to:
OOCL - Finance & Accounting
801 Warrenville Road, Suite 300,
Lisle, IL 60532

| CUSTOMER | MAILING ADDRESS | BANK REMITTANCE TO |
|---|---|---|
| 6837361000 United Cargo Systems, Inc. | Mail check to: Orient Overseas Container Line Limited 9336 Paysphere Circle, Chicago IL 60674. Tel : (1) 630-6459120  Fax : (1) 630-6459121 | The HSBC Bank USA 1 HSBC Center Buffalo, NY 14203 Credit A/C of : Orient Overseas Container Line,Ltd. Account No. 000-127205 ABA Routing 022000020 for ACH ABA # 021001088 Wire Transfer |
| OFFICE Lisle | | |
| INVOICE NO. 380 5196335 | | |
| BL NUMBER 2512848200 | **AMOUNT DUE** ➜ **USD** | **76,075.00** |

Invoice Issued As Agent For Orient Overseas Container Line Limited
To be paid by due date on the invoice

ORIGINAL



| | OOCL (USA) Inc | PAGE NO. | : | 2 |
|---|---|---|---|---|
| **We take it personally** | As Agent For Orient Overseas Container Line Limited | INVOICE NO. | : | 380 5196335 |
| | | ISSUE DATE | : | 31 Aug 2012 |
| | **INVOICE** | DUE DATE | : | 31 Aug 2012 |

```
OOCL INBOUND DETENTION NOTICE              Issue Date: August 31 2012
                                           Enquiry Date: August 31 2012


      SUBJECT : Details of Detention charges incurred for containers in use.


  Bill of Lading - 2512848200
  ===============================


    CONTAINER   SIZE PKUPLOC RETNLOC FREEDAYS          OVERDUE RULE REF      RATE REF
    TGHU9715173 40HQ NYCO2   EWR06   5 days(w)         448 day Rule-1        TierRate-1
    OOLU8263910 40HQ NYCO2   EWR06   5 days(w)         447 day Rule-1        TierRate-1

  DETENTION DATES AND CHARGES DETAILS
    CONTAINER    FREETM    FREE TIME     GATEOUT  GATEIN   CLOCK END   INVOICE        SURCHARGES
                 START     EXPIRY        DATE     DATE     DATE -(REF) AMOUNT
    TGHU9715173  16May11   20May11 23:59 13May11  10Aug12  10Aug12 (1) USD 38,080.00  No data
    OOLU8263910  16May11   20May11 23:59 13May11  9Aug12   9Aug12 (1)  USD 37,995.00  No data

                        Total Charges : USD 76,075.00
                     Total Surcharges : No data
                     Total Amount Due : USD 76,075.00


  CLOCK END DATE REPERENCE
  (1) : Event date; (2) : Interim Charge date; (3) : Adjustment date


  LOCATION REFERENCES
        NYCO2 : New York Container Terminal Inc
        EWR06 : Ironbound Intermodal Inc


  RULE REFERENCES
        1.      Free time for Detention starts
                        1 working day(s) after Full Gate-out


  RATE TIER REFERENCES
        TierRate-1
              Tier Rate Type: tierRate
                  >= 1 days,USD 85.00 (per container / day)


  Please contact OOCL Customer Service for further information
```

OOCL000010